DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERMAINE FRAZIER**
Appellant,

v.

**YASMEEN WATSON,**
Appellee.

No. 4D18-190

[October 18, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. PR-C-14-0001186.

Marc Jay Tannen of Marc Jay Tannen, P.A., Boca Raton, for appellant.

Evan B. Plotka of Evan B. Plotka, P.L., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*